# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

     DETRAS MARIE EDWARDS

       Debtor(s)

Case No. 16-08906

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/15/2016.

2) The plan was confirmed on 06/14/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 08/31/2017.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $4,139.56 |
| Less amount refunded to debtor | $216.92 |
| **NET RECEIPTS:** | **$3,922.64** |

### Expenses of Administration:

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,193.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $172.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,365.61** |

Attorney fees paid and disclosed by debtor:          $230.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON SALES & LEASE OWNERSHIP | Secured | 428.00 | NA | 428.00 | 106.95 | 0.00 |
| Accounts Receivable Ma | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 6,825.00 | 7,760.23 | 6,825.00 | 176.84 | 273.24 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 935.23 | NA | 935.23 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | 2,730.34 | 2,730.34 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 495.42 | 495.42 | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 1,554.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 418.00 | 418.28 | 418.28 | 0.00 | 0.00 |
| MACK INDUSTRIES | Unsecured | 1.00 | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY AIRPORT | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY AIRPORT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 1,983.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 15,226.00 | 17,013.83 | 17,013.83 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 460.93 | 460.93 | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 431.00 | 431.04 | 431.04 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 413.00 | 413.46 | 413.46 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 87.15 | 87.15 | 0.00 | 0.00 |
| RADIAN SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,324.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPEEDY CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ZOOM PAYDAY LN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,825.00 | $176.84 | $273.24 |
| All Other Secured | $428.00 | $106.95 | $0.00 |
| **TOTAL SECURED:** | **$7,253.00** | **$283.79** | **$273.24** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$27,485.68** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,365.61 |
| Disbursements to Creditors | $557.03 |
| | |
| **TOTAL DISBURSEMENTS** : | **$3,922.64** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/06/2017                       By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**